UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ASSURANCE COMPANY OF AMERICA, *et al.*,

    Plaintiffs,

vs.

NATIONAL FIRE & MARINE INSURANCE COMPANY,

    Defendant.

Case No. 2:10-cv-02182-RLH-GWF

**ORDER**

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on December 16, 2010. Defendant filed a Motion to Dismiss or Sever (#5) on December 22, 2010. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **February 22, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 9th day of February, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge