# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 2:10-cv-02182-APG-GWF |
| vs. | **ORDER** |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | |
| Defendant. | |

This matter is before the Court on the Notice of Settlement (#126) filed April 23, 2014, wherein Plaintiff advised the Court that a global settlement had been reached, and that the parties were in the process of finalizing a settlement agreement. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **June 30, 2014** advising the Court of the status of the settlement.

DATED this 20th day of June, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge